In re:  
Marliene Frances Smith  
    Debtor

Case No. 14-32433-maw  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0647-3     User: sheym     Page 1 of 1     Date Rcvd: May 04, 2015  
                     Form ID: pdf755     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2015.
```
db              +Marliene Frances Smith,    316 Victoria Pl.,    Toledo, OH 43610-1463
23133934        +Bankcard,    555 St. Charles Dr.,    Suite 100,    Thousand Oaks, CA 91360-3983
23133935        +Best Buy,    PO Box 5238,    Carol Stream, IL 60197-5238
23133936       ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
                (address filed with court:  Chrysler Financial,    PO Box 2993,    Milwaukee, WI 53201-2993)
23133939         Home Depot/CSBD,    Ccs Gray Ops Center,    PO Box 6497,    Sioux Falls, SD 57117-6497
23133942         Mercy Health Partners,    P.O. Box 1963,    Southgate, MI 48195-0963
23133943        +PNC Bank,    1 NCC Parkway,    Mail Code Z1-YB43-02-1,    Kalamazoo, MI 49009-8003
23133944       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  US Bank,    PO Box 790408,    Saint Louis, MO 63179)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23133933         E-mail/Text: g17768@att.com May 04 2015 22:09:42      ATT,    PO Box 8212,
                  Aurora, IL 60572-8212
23133937         E-mail/PDF: mrdiscen@discover.com May 04 2015 22:21:33      Discover Card,    P.O.Box 15251,
                  Wilmington, DE 19886-5251
23133938         E-mail/Text: collectionbankruptcies.bancorp@53.com May 04 2015 22:11:38      Fifth Third Bank,
                  C/O Bankruptcy Department,    Mdrops05,    1850 East Paris,    Grand Rapids, MI 49546-6210
23133940        +E-mail/PDF: gecsedi@recoverycorp.com May 04 2015 22:16:05      JC Penney,    PO Box 981131,
                  El Paso, TX 79998-1131
23133941         E-mail/Text: bsteude@co.lucas.oh.us May 04 2015 22:11:50      Lucas County Treasurer,
                  One Government Center,    #500,    Toledo, OH 43604-2253
23133945        +E-mail/PDF: gecsedi@recoverycorp.com May 04 2015 22:14:52      Walmart,    PO Box 530927,
                  Atlanta, GA 30353-0927
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2015                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2015 at the address(es) listed below:
```
              Benjamin A Randall    on behalf of Debtor Marliene Frances Smith benjrandall@gmail.com
              Douglas A Dymarkowski    doug.dadlaw@bex.net, ddymarkowski@ecf.epiqsystems.com;tony.dadlaw@bex.net
              Lafe Tolliver    on behalf of Debtor Marliene Frances Smith Tolliver@Juno.com
                                                                                             TOTAL: 3
```

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



_____
Mary Ann Whipple
United States Bankruptcy Judge

**Dated: May 4 2015**

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In Re ) | Case No. 14-32433 |
| ) | |
| Marliene Frances Smith ) | Chapter 7 |
| ) | |
| **Debtor(s).** ) | |
| ) | **JUDGE MARY ANN WHIPPLE** |

## HEARING ORDER

This case comes before the Court upon the Debtor's Motion to Reopen Case [Doc #16] for the purpose of filing Reaffirmation Agreements with Creditors. This matter will be set for hearing.

For good cause shown,

**IT IS ORDERED** that this matter is scheduled for hearing before the Honorable Mary Ann Whipple, United States Bankruptcy Judge, on **May 21, 2015, at 10:30 a.m.**, Courtroom No. 2, Room 103, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio.